# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2338

_____

Kevin Pennington

*Plaintiff - Appellant*

v.

Arkansas Game & Fish Commission, originally named as Arkansas Game and Fish

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: March 1, 2018
Filed: March 9, 2018
[Unpublished]

_____

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Kevin Pennington appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, the

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

Arkansas Game and Fish Commission, in which he asserted claims of failure to promote, as well as discriminatory and retaliatory termination. Upon careful de novo review, we conclude that summary judgment was proper. See Gibson v. Am. Greetings Corp., 670 F.3d 844, 852-54 (8th Cir. 2012) (standard of review; in absence of direct evidence of discrimination, Title VII claims are analyzed under burden-shifting framework: if plaintiff establishes prima facie case, defendant may rebut by articulating legitimate nondiscriminatory reason for adverse employment action; in response, plaintiff must prove reason was pretextual); Twymon v. Wells Fargo & Co., 462 F.3d 925, 935 (8th Cir. 2006) (to prove pretext, plaintiff must both discredit asserted reason for adverse employment action and show that circumstances permit reasonable inference that real reason for adverse action was unlawful discrimination).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____